# EXHIBIT 1

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

YANAISA PADILLA,

    Plaintiff,

v.

                                      CASE NO.:

                                      DIVISION:

AMAZON.COM.DEDC, LLC,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, YANAISA PADILLA, by and through undersigned counsel, brings this action against Defendant, AMAZON.COM.DEDC, LLC, and in support of her claims states as follows:

### JURISDICTION AND VENUE

1. This is an action for damages in excess of $15,000, exclusive of interest, fees, and costs, and for declaratory relief, for violations of the Florida Civil Rights Act of 1992, as amended ("FCRA"), Fla. Stat. Section 760.01 et seq.

2. Venue is proper in Manatee County, because all of the events giving rise to these claims occurred in this County.

### PARTIES

3. Plaintiff is a resident of Hillsborough County, Florida.

4. Defendant operates a warehouse for its online retail company in Palmetto, in Manatee County, Florida.

### GENERAL ALLEGATIONS

5. Plaintiff has satisfied all conditions precedent, or they have been waived.

6. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

7. Plaintiff requests a jury trial for all issues so triable.

8. At all times material hereto, Plaintiff was an employee of Defendant.

9. At all times material hereto, Defendant employed fifteen (15) or more employees. Thus, Defendant is an "employer" within the meaning of the FCRA, Fla. Stat. Section 760.02(7).

## FACTS

10. Plaintiff began working for Defendant on September 2017 as a Warehouse Employee, and she worked in this capacity until March 2018.

11. Plaintiff is a female.

12. Thus, Plaintiff is a member of a protected class, and as such benefits from the protections of the FCRA.

13. Plaintiff performed the job for which she was hired in a satisfactory manner.

14. Beginning in or about September 2017, Plaintiff was subjected to regular sexual harassment perpetrated by Defendant's employee, Willie Brown.

15. Mr. Brown regularly subjected Plaintiff to unwanted touching, sexual advances, and inappropriate sexual comments.

16. Plaintiff repeatedly rebuffed Mr. Brown's advances but he continued to touch her inappropriately and refer to Plaintiff as "[his] girl" to other employees.

17. Thus, Plaintiff was subjected to disparate treatment on the basis of her sex.

18. Plaintiff complained about this discrimination to Defendant by reporting the harassment she experienced to Defendant's management and to Human Resources.

19. In response, Defendant took no remedial action.

20. Instead, on or about March 6, 2018, Defendant terminated Plaintiff's employment in retaliation for her complaints of sexual harassment and/or based on her sex.

## COUNT I – FCRA VIOLATION
### (SEXUAL HARASSMENT)

21.     Plaintiff realleges and readopts the allegations of paragraphs 1 through 20 of this Complaint, as though fully set forth herein.

22.     Plaintiff is a member of a protected class under the FCRA.

23.     Plaintiff was subjected to unwelcome harassment on the basis of her sex, including unwanted touching, sexual advances, and inappropriate sexual comments.

24.     The harassment suffered by Plaintiff was sufficiently severe or pervasive to alter the terms and conditions of Plaintiff's employment with Defendant, including but not limited to termination of her employment.

25.     In response, Defendant failed to intervene or take prompt and effective remedial action.

26.     Defendant's actions were willful and done with malice.

27.     Plaintiff was injured due to Defendant's violations of the FCRA, for which Plaintiff is entitled to relief.

*WHEREFORE*, Plaintiff demands:

   a)   A jury trial on all issues so triable;

   b)   That process issue and that this Court take jurisdiction over the case;

   c)   Compensation for lost wages, benefits, and other remuneration;

   d)   Reinstatement of Plaintiff to a position comparable to her prior position, or in the alternative, front pay;

   e)   Any other compensatory damages, including emotional distress, allowable at law;

3

    f)    Punitive damages;

    g)    Prejudgment interest on all monetary recovery obtained.

    h)    All costs and attorney's fees incurred in prosecuting these claims; and

    i)    For such further relief as this Court deems just and equitable.

### COUNT II – FCRA RETALIATION

28. Plaintiff realleges and readopts the allegations of paragraphs 1 through 20 of this Complaint, as though fully set forth herein.

29. Plaintiff is a member of a protected class under the FCRA.

30. Plaintiff engaged in protected activity under the FCRA by reporting the sexual harassment she experienced to Defendant's management and to Human Resources.

31. Defendant retaliated against Plaintiff for engaging in protected activity under the FCRA by terminating Plaintiff's employment.

32. Defendant's actions were willful and done with malice.

33. By terminating Plaintiff's employment, Defendant took material adverse action against Plaintiff.

34. Plaintiff was injured due to Defendant's violations of the FCRA, for which Plaintiff is entitled to legal and injunctive relief.

***WHEREFORE***, Plaintiff demands:

    a)    A jury trial on all issues so triable;

    b)    That process issue and that this Court take jurisdiction over the case;

    c)    That this Court enter a declaratory judgment, stating that Defendant interfered with Plaintiff's rights under the FCRA;

    d)    Compensation for lost wages, benefits, and other remuneration;

e) Reinstatement of Plaintiff to a position comparable to her prior position, with back pay plus interest, pension rights, and all benefits;

f) Front pay;

g) Any other compensatory damages, including emotional distress, allowable at law;

h) Punitive damages;

i) Prejudgment interest on all monetary recovery obtained.

j) All costs and attorney's fees incurred in prosecuting these claims; and

k) For such further relief as this Court deems just and equitable.

### JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this 6th day of December, 2018.

Respectfully submitted,

/s/ Brandon J. Hill

**BRANDON J. HILL**
Florida Bar Number: 0037061
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813-337-7992
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: jcornell@wfclaw.com
**Attorneys for Plaintiff**

5